# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 8, 2019

## NO. 03-18-00637-CV

**Denis G. Engel, Appellant**

v.

**Darren A. Peterson, Individually and Derivatively on Behalf of
Finley's Barber Shop, Inc., Finley's Barber Shop of Westlake, Inc.,
Finley's Barber Shop I, LLC, Finley's Barber Shop II, LLC, and
Finley's Holdings, LLC, Appellee**

**APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
DISMISSED ON APPELLANT'S MOTION—OPINION BY JUSTICE TRIANA**

This is an appeal from the order signed by the district court on September 10, 2018. Denis G. Engel has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.